✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:06-CR-00176-007 |
| KENNETH TAIWON MOORE ) | USM No: 09550-003 |
| ) | Pro Se |
| Date of Previous Judgment: 03/08/2007 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __100 months__ months **is reduced to** __84 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __03/08/2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  08/04/2008

/s/ Callie V. S. Granade
Judge's signature

Effective Date: _____
(if different from order date)

Chief United States District Judge
Printed name and title